| Prob 22 (9/00) | | DOCKET NUMBER (Tran Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** **17 CR 0166** | | 1:07CR218-1 ; 1:07CR337-2 |
| | | DOCKET NUMBER (Rec Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Joffre James Cross III<br>Houston, TX | Middle District of North Carolina | Winston-Salem |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable William L. Osteen, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 10/10/2012 TO 10/09/2017 |

FILED APR 05 2017 Clerk U.S. District Court Greensboro, NC

**OFFENSE**
Distributed Morphine Sulfate, 21 U.S.C. 841 (a)(1) & (b)(1)(C) & 18:2
Distributed Diazepam, 21 U.S.C. 841 (a)(1) & (b)(2) & 18:2
Steal, Purloin and Covert to Own Use Property of the United States Army, 18 U.S.C. 641 & 2
Distribution of 15 Syringes Containing Morphine Sulfate, 21 U.S.C. 841 (a)(1) & (b)(1)(C) & 18:2
Distribution of 5 Syringes Containing Diazepam, 21 U.S.C.841 (a)(1) & (b)(2) & 18:2
Possession of Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C.924 (c)(1)(A)(i) & 2
Theft of Government Property, 18 U.S.C. 641 & 2

**PART 1 - ORDER TRANSFERRING JURISDICTION**
UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF TEXAS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

FEB 27 2017
Date

*William L. Osteen, Jr.*
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAR 2 3 2017
Date

United States District Judge

TRUE COPY I CERTIFY
ATTEST:
DAVID J. BRADLEY, Clerk of Court
By_____ Deputy Clerk